People v Richards (2025 NY Slip Op 03209)

People v Richards

2025 NY Slip Op 03209

Decided on May 28, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 28, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

VALERIE BRATHWAITE NELSON, J.P.
JANICE A. TAYLOR
LOURDES M. VENTURA
JAMES P. MCCORMACK, JJ.

2022-08999
 (Ind. No. 70586/22)

[*1]The People of the State of New York, respondent,
v
Fitzgerald Richards, appellant.

Patricia Pazner, New York, NY (Joshua M. Levine of counsel), for appellant.
Michael E. McMahon, District Attorney, Staten Island, NY (Thomas B. Litsky and Timothy Pezzoli of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from a judgment of the Supreme Court, Richmond County (Lisa Grey, J.), rendered October 4, 2022, convicting him of attempted criminal possession of a weapon in the second degree, upon his plea of guilty, and imposing sentence.
ORDERED that the judgment is affirmed.
Contrary to the defendant's contention, his waiver of his right to appeal was valid (see People v Victor, 235 AD3d 783, 784). The record as a whole reflects that the defendant understood that the waiver of his right to appeal was a condition of the People's plea offer and not a unilateral condition imposed by the Supreme Court; therefore, the court was not required to articulate a basis for imposing that condition of the plea offer (see People v Rodriguez, 235 AD3d 1193, 1194; People v Sutton, 184 AD3d 236, 242).
The defendant's valid waiver of his right to appeal precludes appellate review of his contention that his conviction is unconstitutional in light of New York State Rifle & Pistol Assn., Inc. v Bruen (597 US 1) (see People v White, 234 AD3d 884, 885; People v Johnson, 225 AD3d 453, 453-454; but see People v Benjamin, 216 AD3d 1457).
BRATHWAITE NELSON, J.P., TAYLOR, VENTURA and MCCORMACK, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court